| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wallace, J. Clifford | 2. Court or Organization United States Court of Appeals for the Ninth Circuit | 3. Date of Report 04/26/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
221 W. Broadway, Suite 4192
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Pacific Judicial Council |
| 2. Advisor | Thailand Judicial Training Institute |
| 3. Member | Council of Visitors of California Western School of Law |
| 4. Member | ABA Asia Rule of Law Initiative Council |
| 5. Member | William H. Rehnquist Center's National Board of Academic Advisors |
| 6. Member | ABA-UNDP Advisory Committee |
| 7. Member | National Committee on United States-China Relations |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Government of South Africa | 1/17/2015 to 1/24/2015 | Johannesburg, South Africa | Lecturer, meetings | Transportation |
| 2. | American Bar Association | 2/7/2015 | Houston, TX | Meetings | Transportation, lodging and meals |
| 3. | J. Reuben Clark Law Society | 2/12/2015 to 2/14/2015 | Tempe, AZ | Meeting | Transportation |
| 4. | International Senior Lawyers Project | 3/23/2015 | San Francisco, CA | Meeting | Transportation |
| 5. | Furth Family Foundation | 5/20/2015 to 5/24/2015 | Antalya, Turkey | Lecturer, meetings | Transportation and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Wallace, J. Clifford** | 04/26/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Church of Jesus Christ of Latter-day Saints | 5/26/2015 to 6/2/2015 | Sydney, Australia | Meetings, lecturer | Transportation, lodging and meals |
| 7. | International Senior Lawyers Project | 6/21/2015 to 6/29/2015 | Kampala, Uganda | Meetings | Transportation and immunization |
| 8. | The Church of Jesus Christ of Latter-day Saints | 6/21/2015 to 6/29/2015 | Kampala, Uganda | Meetings | Transportation |
| 9. | Brigham Young University | 7/7/2015 | Provo, UT | Lecturer, meetings | Transportation |
| 10. | The Church of Jesus Christ of Latter-day Saints | 8/22/2015 to 8/31/2015 | Santo Domingo, Dominican Republic | Meetings | Transportation and meals |
| 11. | The Church of Jesus Christ of Latter-day Saints | 9/3/2015 to 9/11/2015 | Kampala, Uganda | Meetings, lecturer | Transportation and meals |
| 12. | The Church of Jesus Christ of Latter-day Saints | 9/12/2015 to 9/13/2015 | Bangkok, Thailand | Meeting | Transportation and lodging |
| 13. | Brigham Young University | 9/13/2015 to 9/19/2015 | Hanoi, Vietnam | Lecturer, meetings | Transportation |
| 14. | Institute for Global Engagement | 9/13/2015 to 9/19/2015 | Hanoi, Vietnam | Lecturer, meetings | Professional fee and meals |
| 15. | The Church of Jesus Christ of Latter-day Saints | 9/20/2015 | Guam | Meetings | Meals |
| 16. | Pacific Judicial Council | 9/21/2015 to 9/23/2015 | Pohnpei, Federated States of Micronesia | Lecturer, meetings | Transportation, lodging and meals |
| 17. | The Church of Jesus Christ of Latter-day Saints | 9/23/2015 | Pohnpei, Federated States of Micronesia | Lecturer, meetings | Transportation |
| 18. | Brigham Young University | 10/1/2015 to 10/7/2015 | Salt Lake City and Provo, UT | Meetings, lecturer | Transportation |
| 19. | The Church of Jesus Christ of Latter-day Saints | 10/10/2015 to 10/14/2015 | Zagreb, Croatia | Meetings, lecturer | Transportation and meals |
| 20. | The Ceeli Institute | 10/10/2015 to 10/14/2015 | Zagreb, Croatia | Meetings, lecturer | Transportation |
| 21. | The Church of Jesus Christ of Latter-day Saints | 10/15/2015 to 10/18/2015 | Moscow, Russia | Meetings | Transportation, lodging and meals |
| 22. | The Church of Jesus Christ of Latter-day Saints | 11/6/2015 to 11/10/2015 | Sydney, Australia | Meetings. lecturer | Transportation, lodging and meals |
| 23. | The Church of Jesus Christ of Latter-day Saints | 11/10/2015 to 11/18/2015 | Bangkok, Thailand | Meetings, lecturer | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Transwest Credit Union | B | Int./Div. | M | T | | | | | |
| 2. Changing Parameters Fund (Gemini Fund Services, LLC) | D | Dividend | N | T | | | | | |
| 3. Changing Parameters Fund (Gemini Fund Services, LLC) | D | Dividend | N | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 04/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 04/26/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Clifford Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544